**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-6370**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

THOMAS EDWARD CARGILL,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:08-
cr-00204-RWT-1; 8:09-cv-03055-RWT)

_____

Submitted:  October 14, 2010        Decided:  October 21, 2010

_____

Before MOTZ, KING, and DAVIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Thomas Edward Cargill, Appellant Pro Se.  Michael Joseph Leotta,
Assistant  United  States  Attorney,  Baltimore,  Maryland,  for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Edward Cargill seeks to appeal the district court's order dismissing as untimely his 28 U.S.C.A. § 2255 (West Supp. 2010) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Cargill has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We further deny Cargill's request for transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the

2

materials before the court and argument would not aid the decisional process.

DISMISSED